# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Daryl Kirkland, et al.

                            Plaintiff,

v.                                          Case No.: 1:11−cv−07285
                                            Honorable Jeffrey T. Gilbert

Steven Sigalove, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 25, 2015:

     MINUTE entry before the Honorable Jeffrey T. Gilbert: Jury trial held on 2/25/2015. Jury trial ends. The jury finds for the Defendants, Steven Sigalove, M.D. and DuPage Medical Group, Individually and d/b/a The Institute for Aesthetic Surgery, a Corporation, and against the Plaintiffs, Daryl Kirkland and Judy Kirkland. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.