IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kirkland et al ,

Plaintiff(s),

v.

Sigalove et al,

Defendant(s).

Case No. 11-cv-07285
Judge Jeffrey T. Gilbert

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants, Steven Sigalove, M.D. and DuPage Medical Group, Individually and d/b/a The Institute for Aesthetic Surgery, a Corporation, and against the Plaintiffs, Daryl Kirkland and Judy Kirkland.

This action was *(check one)*:

☒ tried by a jury with Magistrate Judge Gilbert presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion for summary judgment.

Date: 2/25/2015                                    Thomas G. Bruton, Clerk of Court

Brenda Rinozzi, Deputy Clerk